# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Calvin Robinson

Plaintiff

v.

Federal Bureau of Prisons

Defendants

Case No. Civil 00-1620 MJD/JMM

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's application to proceed without prepayment of fees is denied. This action is dismissed with prejudice.

DATE: OCT 16 2000

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk